No. 86–1191. WARREN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 86–1283. KAMEAN ET AL. v. LOCAL 363, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 86–1495. GONZALES ET AL. v. SEALY ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 86–1346. MATCHA ET UX. v. MATTOX, ATTORNEY GENERAL OF TEXAS. Ct. App. Tex., 3d Dist. Motion of Legal Foundation of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 86–6377. LUSK v. FLORIDA. Sup. Ct. Fla.;
No. 86–6384. ROMINE v. GEORGIA. Sup. Ct. Ga.;
No. 86–6471. PROVENZANO v. FLORIDA. Sup. Ct. Fla.; and
No. 86–6510. LASHLEY v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied. Reported below: No. 86–6377, 498 So. 2d 902; No. 86–6384, 256 Ga. 521, 350 S. E. 2d 446; No. 86–6471, 497 So. 2d 1177; No. 86–6510, 721 S. W. 2d 31.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 85–998. UNITED STATES v. DUNN, 480 U. S. 294;
No. 85–1277. SCHOOL BOARD OF NASSAU COUNTY, FLORIDA, ET AL. v. ARLINE, 480 U. S. 273;
No. 85–6461. MARTIN v. OHIO, 480 U. S. 228;
No. 85–6783. WRIGHT v. ILLINOIS, 479 U. S. 1101;
No. 85–7232. CARGILL v. GEORGIA, 479 U. S. 1101;
No. 86–969. KANAREK v. WAMBAUGH ET AL., 479 U. S. 1089; and
No. 86–1113. BERGMAN ET UX. v. COMMISSIONER OF INTERNAL REVENUE, 479 U. S. 1092. Petitions for rehearing denied.